# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| Timothy Rikkers | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:17-cv-01208-bhl |
| Menard Inc. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:**   Defendant Menard Inc.'s motion for summary judgment is granted, and the case is dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Brett H. Ludwig   on a motion for Summary Judgment.

Date:   November 8, 2021

*CLERK OF COURT*

*s/ Melissa Perkins*
*Signature of Clerk or Deputy Clerk*