UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TIMOTHY RIKKERS,<br><br>                Plaintiff,<br>  v.<br><br>MENDARD, INC.,<br><br>                Defendants. | Case No. 17-cv-1208 |

## Notice of Appeal

Notice is hereby given that Plaintiff in the above-named case hereby appeals to the United States Court of Appeals for the Seventh Circuit from the order and final judgment entered in this action on November 8, 2021 (Doc. 97 & 98).

Dated:  December 7, 2021

By:  s/Charles J. Crueger
Charles J. Crueger
cjc@cruegerdickinson.com
Erin K. Dickinson
ekd@cruegerdickinson.com
Krista K. Baisch
kkb@cruegerdickinson.com
Benjamin A. Kaplan
bak@cruegerdickinson.com
CRUEGER DICKINSON LLC
4532 N Oakland Ave.
Whitefish Bay, WI 53211
Direct: 414-210-3868

HUDOCK LAW GROUP. S.C.
Luke Hudock
lphudock@law-hlg.com
P.O. Box 83
Muskego, WI 53150

Direct: (414)526-4906
Fax: (262)436-2400

TURKE & STRAUSS LLP
Samuel J. Strauss
sam@turkestrauss.com
613 Williamson Street
Suite 201
Madison, WI 53703
Phone: 608-273-1775

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2021, I caused the foregoing to be electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Charles J. Crueger*
Charles J. Crueger
